

| | | |
|---|---|---|
| Alfred P. Vigorito<br>John W. Barker<br>Gary W. Patterson, Jr.*<br>Jeffrey R. Nichols*<br>Marnie Stathatos-Fulgieri<br>Scott A. Singer<br>Gregg D. Weinstock*** ■ ::<br>Kiki Chrisomallides*<br>Dylan Braverman<br>Adam S. Covitt<br><br>Kevin D. Porter<br>Susan Vari<br><br>Brian Andrews<br>Margaret Antonino* ■<br>Edward J. Arevalo<br>Robert Boccio<br>Bruce Brady ＊<br>Thomas Brennan ■<br>Dawn Bristol<br>Kenneth J. Burford<br>Gilbert H. Choi<br>Joshua R. Cohen | Charles K. Faillace ±<br>Danielle M. Hansen<br>Anna Hock<br>Thomas Jaffa<br>Gemma Kenney ***<br>Ruth Bogatyrow Kraft<br>Douglas Langholz<br>Jason Lavery *<br>Megan A. Lawless‡<br>Guy A. Lawrence<br>Timothy P. Lewis –<br>Jennifer M. Lobaito<br>Neil Mascolo, Jr.<br>Adonaid Medina*<br>Ralph Vincent Morales<br>Vincent Nagler **<br>Carolyn Rankin<br>Miles S. Reiner<br>Bhalinder L. Rikhye<br>Tammy A. Trees<br>Nicole M. Varisco<br>Julia F. Wilcox ::<br>Arthur I. Yankowitz** | Danielle Bennett ∆<br>Theresa A. Bohm<br>Angela R. Bonica *<br>Julia Combs †<br>Christine Crane<br>Michael P. Diven * ** ::<br>Tyler M. Fiorillo<br>Lauren P. Ingvoldstad†<br>Jillian Kuper †<br>Christian McCarthy<br>John O'Brien<br>Daniel O'Connell * ■<br>Kara Ognibene †<br>Emily Phillips<br>Alesha N. Powell * **<br>Kathleen M. Thompson<br>Paul Toscano<br>Claudine Travers<br>Tyler Weingarten †<br>Alexandra Zerrillo * ** :: |

*Of Counsel*
Patricia M. Combio :: ±
Josie M. Conelley
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
William Gagas ±
Rani B. Kulkarni
Nicole E. Martone
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Karolina Wiaderna

\* Also Admitted to Practice in NJ
\*\* Also Admitted to Practice in CT
\*\*\* Also Admitted to Practice in NJ, CT, DC
– Admitted to Practice in Florida
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
∆ Also Admitted to Practice in Ohio
:: Admitted to Practice in CO
† Admission Pending

**MEMO ENDORSED**

December 7, 2022

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:  *The Estate of Robert Killeen v. Sutton Park Center for Nursing & Rehabilitation, LLC*
          Case No. 7:22-cv-09924-KMK

Dear Judge Karas:

The undersigned represents Defendant Sutton Park Center for Nursing and Rehabilitation, LLC ("Defendant") in the above-referenced action. We have met and conferred with counsel for Plaintiff and the parties jointly submit this request to adjourn the initial conference, currently scheduled for December 14, 2022.

Defense counsel Dylan Braverman and I will be out of the country on business on December 14, 2022. To avoid further scheduling conflicts with the upcoming holidays, the parties respectfully ask the Court to adjourn the initial conference until the week of January 2, 2023.

We thank the Court in for its continued attention to this matter.

                                      Sincerely,

                                      *Megan A. Lawless*

                                      Megan A. Lawless (ML3227)
                                      (m.lawless@vbpnplaw.com)

TO: (via CM/ECF)
Joseph Ciaccio, Esq.
**NAPOLI SHKOLNIK, PLLC**
*Attorneys for Plaintiff*
400 Broadhollow Road – Suite 305
Melville, NY 11747

*Granted. The conference will be held on January 18, 2023 at 11:30 via teleconference.*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
12/7/2022

115 E. Stevens Avenue • Suite 206 • Valhalla, New York 10595 • Phone: (914) 495-4805 • Fax: (914) 627-0122

*Office Locations in*  LONG ISLAND  MANHATTAN  NEW JERSEY  CONNECTICUT  FLORIDA  COLORADO